# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| BEAUMONT FOOT SPECIALISTS, INC. | § | |
| | § | |
| v. | § | NO. 1:15-cv-216 |
| | § | |
| UNITED HEALTHCARE OF TEXAS, INC., UNITEDHEALTHCARE INSURANCE CO., UNITEDHEALTHCARE BENEFITS OF TEXAS, INC., and UNITEDHEALTHCARE COMMUNITY PLAN OF TEXAS, L.L.C. | § § § § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 19), which recommends that the court grant the Defendant's "Motion to Compel Arbitration" (Doc. No. 12) and dismiss the case with prejudice because all of the issues raised in this court must be submitted to arbitration. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed. Furthermore, the court's independent review confirms that the magistrate judge's analysis is correct.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 19) is **ADOPTED**; the Defendant's "Motion to Compel Arbitration" (Doc. No. 12.) is **GRANTED**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **14** day of **January, 2016.**

_____
Ron Clark, United States District Judge